**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: M. Brunner, et al. v. Fenix Internet, LLC, et al.

Case Number: 1:25-cv-3244

An appearance is hereby filed by the undersigned as attorney for:

M. Brunner, J. Fry, and all others similarly situated.

Attorney name (type or print): Leonard W. Aragon

Firm: Hagens Berman Sobol Shapiro LLP

Street address: 11 West Jefferson Street, Suite 1000

City/State/Zip: Phoenix, AZ 85003

Bar ID Number: 020977
(See item 3 in instructions)

Telephone Number: (602) 840-5900

Email Address: leonarda@hbsslaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 11, 2025

Attorney signature: S/ Leonard W. Aragon
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023