# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** M. Brunner and J. Fry, individually and on behalf of all others similarly situated,
v.
Fenix International Limited and Fenix Internet, LLC

**Case Number:** 1:25-cv-3244

An appearance is hereby filed by the undersigned as attorney for: Plaintiffs M. Brunner and J. Fry

**Attorney name (type or print):** Andrea R. Gold

**Firm:** Tycko & Zavareei LLP

**Street address:** 2000 Pennsylvania Ave NW, Suite 1010

**City/State/Zip:** Washington, DC 20006

**Bar ID Number:** 6282969
(See item 3 in instructions)

**Telephone Number:** 202-973-0900

**Email Address:** agold@tzlegal.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

**Executed on** 04/14/2025

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Attorney signature:** S/ Andrea R. Gold
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023