**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: M. Brunner, et al. v. Fenix Internet, LLC et al.

Case Number: 1:25-cv-3244

An appearance is hereby filed by the undersigned as attorney for:

Fenix Internet, LLC and Fenix International Limited

Attorney name (type or print): Matthew L. Kutcher

Firm: Cooley LLP

Street address: 110 N. Upper Wacker Drive, Suite 4200

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6275320
(See item 3 in instructions)

Telephone Number: 312-881-6645

Email Address: mkutcher@cooley.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes ☐ No |
| Are you a member of the court's general bar? | ✔ Yes ☐ No |
| Are you a member of the court's trial bar? | ✔ Yes ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 10, 2025

Attorney signature: S/ Matthew L. Kutcher
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023