Keith T. Vernon
Pro hac application
Supplemental statement to Motion

Mr. Vernon became a member of the Supreme Court of Ohio in 1996. Because Mr. Vernon does not regularly engage in practice in Ohio, he became inactive (in good standing) in 2018 and remains eligible for active status.