**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: M. Brunner, et al. v. Fenix Internet, LLC, et al.

Case Number: 1:25-cv-3244

An appearance is hereby filed by the undersigned as attorney for:

M. Brunner, J. Fry, and all others similarly situated.

Attorney name (type or print): Robert B. Carey

Firm: Hagens Berman Sobol Shapiro LLP

Street address: 11 West Jefferson Street, Suite 1000

City/State/Zip: Phoenix, AZ 85003

Bar ID Number: 011186
(See item 3 in instructions)

Telephone Number: (602) 840-5900

Email Address: rob@hbsslaw.com

Are you acting as lead counsel in this case?          ✓ Yes   ☐ No

Are you a member of the court's general bar?          ✓ Yes   ☐ No

Are you a member of the court's trial bar?            ✓ Yes   ☐ No

Are you appearing *pro hac vice*?                     ☐ Yes   ✓ No

If this case reaches trial, will you act as the trial attorney?   ✓ Yes   ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  June 10, 2025

Attorney signature:   S/ Robert B. Carey
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023