**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: M. Brunner and J. Fry, individually and on behalf of all others similarly situated,
v.
Fenix International Limited and Fenix Internet, LLC

Case Number: 1:25-cv-3244

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs M. Brunner and J. Fry

Attorney name (type or print): Troy M. Frederick

Firm: Frederick Law Group, PLLC

Street address: 836 Philadelphia Street

City/State/Zip: Indiana, PA 15701

Bar ID Number: (PA) 207461
(See item 3 in instructions)

Telephone Number: (724) 801-8555

Email Address: TMF@FrederickLG.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | X No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | X No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | X No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 26, 2025

Attorney signature: S/ Troy M. Frederick
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023