Brian R. Charville, Esq.

*Pro hac vice* application

Supplemental statement to Motion

Mr. Charville became a member of the Virginia State Bar on October 13, 2005. Because Mr. Charville does not regularly engage in law practice in Virginia, he took Associate status (in good standing) in approximately 2014 and remains eligible to return to Active status.

Mr. Charville became a member of the District of Columbia Bar in January 2007. Because Mr. Charville does not regularly engage in law practice in the District of Columbia, he took Retired status in approximately 2014 and remains eligible to return to Active status.